United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-11109-mdc
David M. Niedrist                                               Chapter 13
      Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey               Page 1 of 1             Date Rcvd: May 31, 2018
                              Form ID: pdf900            Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2018.
```
db            +David M. Niedrist,    45 Indian Creek Entry,    Levittown, PA 19057-2714
cr            +Deutsche Bank National Trust Company as Trustee fo,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jun 01 2018 03:05:06      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA   19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 01 2018 03:04:49
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 01 2018 03:04:56      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
               2007-MLN1 bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
               2007-MLN1 bkyefile@rasflaw.com
              PAUL H. YOUNG    on behalf of Debtor David M. Niedrist support@ymalaw.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                TOTAL: 5
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David M Niedrist<br>Debtor(s) | CHAPTER 13 |
| Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1<br>Movant<br>vs. | NO. 18-11109 MDC |
| David M Niedrist<br>Debtor(s)<br>Mary Ellen Niedrist<br>Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>Trustee | |

## ORDER

AND NOW, this 30th day of May, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 45 Indian Creek Entry, Levittown, PA 19057 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_____
BJ.