United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 18-11109-mdc
David M. Niedrist                                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 2              Date Rcvd: Jun 18, 2018
                            Form ID: pdf900           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2018.
```
db         +David M. Niedrist,    45 Indian Creek Entry,    Levittown, PA 19057-2714
cr         +Deutsche Bank National Trust Company as Trustee fo,    Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
14077764    BUCKS PHYSICIANS ASSOCIATES,    WAKEFIELD AND ASSOCIATES,    PO BOX 50250,
             KNOXVILLE,TN 37950-0250
14058631   +Bucks Co Drs,    30 E Court St,    Doylestown, PA 18901-4319
14087555   +Deutsche Bank National Trust Company,    ATTN: Bankruptcy Dept,
             Nationstar Mortgage LLC D/B/A Mr.Cooper,    PO Box 619094,    Dallas TX 75261-9094
14058634   +KML Law Group,    Mellon Independence Center,    701 Market St., Suite 5000,
             Philadelphia, PA 19106-1541
14058635   +Lower Bucks County Water & Sewer,    7811 E. New Falls Rd.,    Levittown, PA 19055-1014
14058637   +Mr. Cooper,   Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14058638   +Mr. Cooper,   350 Highland Dr,    Lewisville, TX 75067-4177
14058639   +PECO,   PO Box 13439,    Philadelphia, PA 19101-3439
14058640   +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
14058641   +Young, Marr & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Jun 19 2018 02:17:53      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2018 02:17:45
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 19 2018 02:17:49      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14091575   +E-mail/Text: g20956@att.com Jun 19 2018 02:17:54      AT&T Mobility II LLC,
             %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
             BEDMINSTER, NJ. 07921-2693
14060417   +E-mail/Text: bankruptcy@cavps.com Jun 19 2018 02:17:48      Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14058633   +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 19 2018 02:17:55
             Credit Collections Services,    725 Canton St,    Norwood, MA 02062-2679
14058632   +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 19 2018 02:17:55
             Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
             Norwood, MA 02062-2679
14097309    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2018 02:24:41
             LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
             LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14097273    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2018 02:14:17
             LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
             Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14058636*  +Lower Bucks County Water & Sewer,    7811 E. New Falls Rd.,    Levittown, PA 19055-1014
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Stacey              Page 2 of 2                  Date Rcvd: Jun 18, 2018
                              Form ID: pdf900           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:

        KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
         Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
         2007-MLN1 bkgroup@kmllawgroup.com
        KEVIN M. BUTTERY    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
         Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
         2007-MLN1 bkyefile@rasflaw.com
        PAUL H. YOUNG    on behalf of Debtor David M. Niedrist support@ymalaw.com, ykaecf@gmail.com,
         paullawyers@gmail.com,pyoung@ymalaw.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                          TOTAL: 5



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re: DAVID M. NIEDRIST  :  Chapter 13
:
Debtor(s).  :  Bankruptcy No. 18-11109-MDC

## ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the



proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

    7.    If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. ' 1326(a)(2).

Dated: 6/15/18

                                                                MAGDELINE D. COLEMAN
                                                                 UNITED STATES BANKRUPTCY JUDGE