**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: DAVID M. NIEDRIST** | : | Chapter 13 |
| | : | |
| **Debtor(s).** | : | Bankruptcy No. 18-11109-MDC |

**PRAECIPE TO WITHDRAW MOTION**

TO THE CLERK:

Kindly withdraw the above debtor's Motion to Reconsider Dismissal, docket number 42, filed by YOUNG, MARR & ASSOCIATES.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: July 25, 2018